# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TREJO CERVANTES, | Case No. 1:26-cv-01809-KES-EPG-HC |
| Petitioner, | |
| v. | ORDER DIRECTING CLERK OF COURT TO CLOSE CASE |
| SERGIO ALBARRAN, et al., | (ECF No. 9) |
| Respondents. | |

Petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On April 5, 2026, Petitioner filed a notice of voluntary dismissal. (ECF No. 9.) Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Voluntary dismissal under this rule grants a plaintiff an absolute right to dismiss without prejudice, requires no action on the part of the court, and divests the court of jurisdiction upon the filing of the notice of voluntary dismissal. See United States v. 475 Martin Lane, 545 F.3d 1134, 1145 (9th Cir. 2008) (describing consequences of voluntary dismissals pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)).

In this case, Respondents have not served either an answer or a motion for summary judgment. Thus, Petitioner's notice of dismissal was effective upon filing and without a court

1

order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). For the sake of clarity, in light of the notice of dismissal, the Clerk of the Court is DIRECTED to CLOSE the case.

IT IS SO ORDERED.

Dated:   **April 7, 2026**                                    /s/ _Erica P. Grosjean_
                                                         UNITED STATES MAGISTRATE JUDGE